IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL BUSCH, | ) | Civil No.  8:05CV00189 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant filed a Status Report and Request for Extension of Time (Filing #14) that was due on November 7, 2005, pursuant to the Court's order of August 9, 2005.  For good cause shown:

IT IS ORDERED

1. The Defendant is granted an additional 90 days, or until March 7, 2006, to complete the administrative proceedings on remand according to the August 9, 2005, Court order; and

2. Defendant's status report will be due for filing 30 days before completion of its proceedings, or February 5, 2006.

DATED this 27th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge