IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL BUSCH, | ) | CASE NO. 8:05CV189 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner for the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Defendant's request for additional time to file the supplemental transcript (Filing No. 25) is granted;

2. The supplemental transcript shall be filed on or before January 11, 2008; and

3. At the time the supplemental transcript is filed and in consideration of the extraordinary delays in responding to the remand, counsel for the Defendant with the assistance of agency counsel is directed to inform the Court on what date the "Plaintiff's administrative file was inadvertently sent to the off-site records center."

DATED this 28th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge