## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PAUL BUSCH,** | ) | **CASE NO. 8:05CV189** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **MICHAEL ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The decision of the Commissioner is affirmed;

2. The appeal is denied; and

3. Judgment is entered in favor of the Defendant, Michael Astrue, the Commissioner of Social Security, and against the Plaintiff, Paul Busch.

DATED this 4th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge